IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VIBOL HANG,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2321

Opinion filed June 13, 2016.

An appeal from an order of the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Vibol Hang, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.

ROBERTS, C. J., WOLF and RAY, JJ., CONCUR.